IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01038-LTB-MJW

PHYLLIS NOAKES,

Plaintiff(s),

v.

LDG FINANCIAL SERVICES, L.L.C.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 6) is GRANTED.  The written Protective Order is APPROVED and made an Order of Court.

Date:  August 6, 2007