**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01038-LTB-MJW

PHYLLIS NOAKES,

        Plaintiff,

v.

LDG FINANCIAL SERVICES, L.L.C., a Georgia limited liability company,

        Defendant.
_____

**ORDER OF DISMISSAL**
_____


THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 12 - filed August 21, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   August 22, 2007